# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLIE ANDERSON, JR.                              NO.  2022 CW 0160

VERSUS

ELITE CONCRETE PUMPERS, LLC,                       **APRIL 22, 2022**
ET AL

---

In Re:     LA Health Solutions, LLC, applying for supervisory
           writs, 16th Judicial District Court, Parish of St.
           Mary, No. 129020.

---

BEFORE:    **WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT GRANTED WITH ORDER.** The district court's December 13,
2021 judgment, as it relates to the non-party, LA Health
Solutions, LLC, is a final, appealable judgment. The
determination of discovery questions as to one who is not a
party to the case is a final judgment. **Amitech, U.S.A., Ltd. v.
Nottingham Const. Co.,** 2005-1981 (La. App. 1st Cir. 2/14/07),
2007 WL 466782, at *3, n.2 (unpublished), <u>citing</u> **R.J. Gallagher
Co. v. Lent, Inc.,** 361 So.2d 1231 (La. App. 1st Cir. 1978).
Therefore, it is ordered that this case be remanded to the
district court with instructions to grant LA Health Solutions,
LLC an appeal pursuant to the August 25, 2021 pleading notifying
the district court of its intention to seek supervisory review.
<u>See</u> **In re Howard,** 541 So.2d 195 (La. 1989) (per curiam). A copy
of this court's action is to be included in the appellate
record.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
    FOR THE COURT